JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| REGINO VICENTE VICENTE,<br>Petitioner,<br>v.<br>WARDEN OF SAN BERNARDINO DETENTION CENTER, et al,<br>Respondents. | No. 5:26-cv-05106-BFM<br>**JUDGMENT** |

On October 16, 2026, the Court issued an order granting the petition and ordered Petitioner Regino Vicente Vicente (A# 242-413-076) to be immediately released on reasonable conditions. (ECF 15 at 11.) The Court directed Petitioner's counsel to notify the Court if his release was delayed for any reason. (ECF 15 at 11.) Petitioner has not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Petitioner's due process claim. The Clerk of Court is directed to close this case.

DATED: 10/22/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE